AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
BRUNER, SYDNEY O

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00250-AGH

Case No. GM1 09988355, 9988356, 9988358, 9988357

USM No.

Pro Se
Defendant's Attorney

**THE DEFENDANT:** BRUNER, SYDNEY O

☐ **THE DEFENDANT** pleaded guilty to count(s) ______

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Driving on Suspended, Canceled or Revoked Reg | 05/09/2026 | 1 |
| OCGA § 40-6-181 | Speeding 52/35 | 05/09/2026 | 2 |
| OCGA § 40-5-30 | Restricted Licenses | 05/09/2026 | 3 |
| OCGA § 40-5-121(a) | Driving while License Suspended or Revoked | 05/09/2026 | 4 |

☑ Count(s) 1, 2, 3, 4 ☐ is ☑ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 7734

Defendant's Year of Birth: 2005

City and State of Defendant's Residence:
UPATOI, GA

07/29/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/29/2026
Date